# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00061-WDM-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES PAUL RUTLEDGE,

      Defendant.

---

## ORDER TO VACATE SUPERVISED RELEASE VIOLATION HEARING

---

      IT IS ORDERED that the Supervised Release Violation Hearing scheduled for October 15, 2008, at 10:00 a.m., be vacated.

      DATED at Denver, Colorado, this _____ day of October, 2008.

      BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge