IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  98-cr-00061-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JAMES PAUL RUTLEDGE,

 Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 Hearing on the supervised release violation will be held **January 20, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: January 6, 2011

               s/ Jane Trexler, Judicial Assistant